[No. 19492–5–I.   Division One.   June 13, 1988.]

MICHAEL SHOCKLEY, *Appellant,* v. JANIS KAY,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–12889–5, Arthur E. Piehler, J., entered October 22, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.

[Nos. 8609–7–III; 8943–6–III.   Division Three.   June 14, 1988.]

JAN WENSVEEN, *Appellant,* v. DARREN BURDETT, ET AL,
*Respondents.*

Appeals from judgments of the Superior Court for Franklin County, No. 86–2–50435–7, Fred R. Staples, J., entered April 28 and November 3, 1987. *Affirmed* by unpublished per curiam opinion.

[No. 8678–0–III.   Division Three.   June 14, 1988.]

MATT LONG, ET AL, *Appellants,* v. STEVEN KENNETH COATES, *Appellant,* JOHN DOE BARD, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00150–3, Robert S. Day, J., entered May 28, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.